UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. O'CONNELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | No. 4:06-CV-0498 CEJ |
| ) | |
| PRECISION MECHANICAL, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case was filed on March 21, 2006. The record shows that service was achieved on defendants on March 29, 2006. Under Rule 12(a)(1)(A), Fed. R. Civ. P., defendants were required to file answers or other responsive pleadings within twenty days of being served with the complaint. To date, defendants have not done so. Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs shall, by July 3, 2006, file appropriate motions for entry of default and for default judgment against defendants Precision Mechanical, Inc., Robert Blackburn, and Sheryl Blackburn, supported by all necessary affidavits and documentation.

Failure to comply with this order may result in the dismissal of this action without prejudice.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 1st day of June, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com