UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MICHAEL J. O'CONNELL, et al.,   )
                                )
            Plaintiffs,         )
                                )
        vs.                     )   No. 4:06-CV-0498 CEJ
                                )
PRECISION MECHANICAL, INC.,     )
et al.,                         )
                                )
            Defendants.         )

**ORDER**

**IT IS HEREBY ORDERED** that the plaintiffs shall have until **August 21, 2006**, to file a renewed motion for default judgment, accompanied by supporting affidavits and documents. **Plaintiffs' failure to comply with this Order will result in dismissal of this action without prejudice**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 21st day of July, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com